U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN -6 P 3:20

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Harvey Pratt

    v.                            Civil No. 05-cv-191-JD

Commissioner, New Hampshire Department
of Corrections

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-191-JD.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date:  June 6, 2005

cc:  Harvey Pratt, *pro se*