UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Harvey Pratt</u>

    v.                              Civil No. 05-cv-191-JD

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility</u>


O R D E R

      Harvey Pratt, proceeding pro se, seeks habeas corpus relief pursuant to 28 U.S.C. § 2254 and named the New Hampshire Attorney General and the Commissioner of the New Hampshire Department of Corrections as respondents. The magistrate judge deemed the proper respondent to be the warden of the Northern New Hampshire Correctional Facility. Nevertheless, the other respondents continued to be the only named respondents and continued to participate in the case. The court directed Pratt to substitute the warden as the respondent in this case or to clarify why the Commissioner and the Attorney General were the proper respondents.

      Pratt has responded that the warden is the proper respondent in this case. Therefore, the warden of the Northern New Hampshire Correctional Facility, located in Berlin, New Hampshire, is substituted as the respondent.

Conclusion

    For the foregoing reasons, the petitioner's motion (document no. 18) is terminated.

    SO ORDERED.

                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

January 30, 2006

cc:  Harvey Pratt, pro se
     Nicholas P. Cort, Esquire