UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Harvey Pratt

    v.                                 Civil No. 05-cv-191-JD

Warden, Northern New Hampshire
Correctional Facility

O R D E R

Harvey Pratt sought a writ of habeas corpus pursuant to 28 U.S.C. § 2254. After the court granted the Warden's motion for summary judgment, final judgment was entered, and the case was closed. Harvey Pratt then filed a motion to extend time to June 7, 2006, to respond to the judgment and a motion to make additional findings. The motion to extend time is granted.

Pratt's motion to make additional findings merely reasserts the grounds he raised in support of his petition and asks the court to deny the Warden's motion for summary judgment. The relief he requests is no longer available in this case. Even if the motion were construed as a motion to amend or alter judgment pursuant to Federal Rule of Civil Procedure 59(e), Pratt has not provided any persuasive grounds to support that relief. Therefore, the motion is denied.

### Conclusion

For the foregoing reasons, the plaintiff's motion to extend time to June 7, 2006, (document no. 30) is granted. The plaintiff's motion to make additional findings (document no. 31) is denied.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

June 20, 2006

cc:  Harvey Pratt, pro se
     Nicholas P. Cort, Esquire