UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Harvey Pratt</u>

   v.                                  Civil No. 05-cv-191-JD

<u>Warden, Northern New Hampshire</u>
<u>Corrections Facility</u>


<u>PROCEDURAL ORDER</u>

     The petitioner has filed a motion and an amended motion requesting a certificate of appealability (documents nos. 34 & 37). The court declines to issue a certificate of appealability on the ground that the petitioner has failed to make a substantial showing of the denial of a constitutional right.

     SO ORDERED.

                                               /s/ Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

July 10, 2006

cc:  Harvey Pratt, pro se
     Nicholas P. Cort, Esquire